1098

No. 11–7156.  GARZA v. HUDSON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–7167.  WANKE v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 11–7181.  SIMMONS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7202.  PAULSON v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–7215.  CLEVELAND v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–7224.  GROSS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–7228.  GONZALEZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 11–7239.  CANDRICK, AKA LOFTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7240.  CAVAZOS-REYES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7253.  LEYVA-OROZCO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–7254.  JOHNSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 11–7256.  WATERS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–7258.  BARRETT v. PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 11–7260.  BRANON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.